# GLASSTECH CORPORATION

INVOICE

| BOAT NAME | | L.O.A | DATE 01/16/17 BEAM | DRAFT | OFFICIAL |
|---|---|---|---|---|---|
| SABABBA | 514034 | 58' | PAGE 1 | | |

| OWNER'S NAME | | TELEPHONE | CAPT. OR AGENT |
|---|---|---|---|
| NOREEN SABLOTSKY | | | |
| ADDRESS 3575 STEWART AV | | MISC. | CUST. # |
| CITY CORAL GABLES | STATE FL  ZIP 33156 | | 03328 |

| ITEM | DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|---|
| 1 | EMERGENCY HAUL OUT ON SUNDAY MAY 1 2016 | 2,500.00 |
| 2 | REPLACE ALL BATTERIES<br>　　　　　　　　　　Parts　　896.23<br>　　6.00 Hrs Labor　　682.50 | 1,578.73 |
| 3 | PUMP OUT BOAT ON SUNDAY MAY 1 2016 | 1,500.00 |
| 4 | WASH BOAT ENGINE ROOM OUT CLEAN AND DEGREASE AS NEEDED | 800.00 |
| 5 | DRAIN OUT THE WATER IN THE ENGINES AND GEARS ALSO CHANGE OIL TWICE, AND GET ENGINES STARTED | 3,500.00 |
| 6 | LAY DAYS APRIL 29 THRU JULY 31 3.00 PER FOOT PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER FOOT PER DAY WHEN NO WORK IS DONE ) | 16,356.00 |
| 7 | HURRICANE MATTHEW STORAGES | 5,000.00 |
| 8 | LAY DAYS AUG 1 THRU SEPT 30 3.00 PER FOOT PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER FOOT PER DAY WHEN NO WORK IS DONE ) 10,980.00 | 10,980.00 |

# GLASSTECH
# CORPORATION

INVOICE

DATE 01/16/1?

| BOAT NAME | | | L.O.A | BEAM | DRAFT | OFFICIAL |
|---|---|---|---|---|---|---|
| SABABBA | 514034 | | 58' | | | |

PAGE 2

| OWNER'S NAME | | TELEPHONE | CAPT. OR AGENT |
|---|---|---|---|
| NOREEN SABLOTSKY | | MISC. | CUST. # |
| ADDRESS 3575 STEWART AV | | | |
| CITY CORAL GABLES | STATE FL | ZIP 33156 | 03328 |

| ITEM | DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|---|
| 9 | LAY DAYS OCT NOV DEC 2016 3.00 PER FOOT PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER FOOT PER DAY WHEN NO WORK IS DONE ) | 16,008.00Q |
| 10 | LAY DAYS JAN 1 2017 THRU JAN 31 2017 TOTAL OF 31 DAYS AT 3.00 PER FOOT PER DAY 5390.00 | 5,394.00Q |

SUB TOTAL 63,616.73
Total Other Chgs: 0.00
Environ. & Liab.: 1,908.50
Sales Tax : 4,586.69
---------
70,111.92
=========

Yard fees will be based on one dollar per foot
per day. Electrical will be charged at $5.00
per day with AC $15.00 per day.

END OF INVOICE

3103 NW 20th Street, Miami, Florida 33142 Phone: (305)633-6491 Fax: (305)635-5773
Owner agrees to all terms and conditions on reverse side hereof.