# GLASSTECH CORPORATION

INVOICE

DATE 01/16/17

| BOAT NAME | | L.O.A | BEAM | DRAFT | OFFICIAL |
|---|---|---|---|---|---|
| SABABBA | 514034 | 58' | | | |

PAGE 1

OWNER'S NAME: NOREEN SABLOTSKY
ADDRESS: 3575 STEWART AV
CITY: CORAL GABLES  STATE: FL  ZIP: 33156

TELEPHONE: 
CAPT. OR AGENT:
MISC.:
CUST. #: 03328

| ITEM | DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|---|
| 1 | EMERGENCY HAUL OUT ON SUNDAY MAY 1 2016 | 2,500.00 |
| 2 | REPLACE ALL BATTERIES<br>Parts 896.23<br>6.00 Hrs Labor 682.50 | 1,578.73 |
| 3 | PUMP OUT BOAT ON SUNDAY MAY 1 2016 | 1,500.00 |
| 4 | WASH BOAT ENGINE ROOM OUT CLEAN AND DEGREASE AS NEEDED | 800.00 |
| 5 | DRAIN OUT THE WATER IN THE ENGINES AND GEARS ALSO CHANGE OIL TWICE, AND GET ENGINES STARTED | 3,500.00 |
| 6 | LAY DAYS APRIL 29 THRU JULY 31 3.00 PER FOOT PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER FOOT PER DAY WHEN NO WORK IS DONE ) | 16,356.00 |
| 7 | HURRICANE MATTHEW STORAGES | 5,000.00 |
| 8 | LAY DAYS AUG 1 THRU SEPT 30 3.00 PER FOOT PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER FOOT PER DAY WHEN NO WORK IS DONE ) 10,980.00 | 10,980.00 |

# GLASSTECH CORPORATION

**INVOICE**
DATE 01/16/17
PAGE 2

| BOAT NAME | | L.O.A | BEAM | DRAFT | OFFICIAL |
|---|---|---|---|---|---|
| SABABBA 514034 | | 58' | | | |

OWNER'S NAME: NOREEN SABLOTSKY
ADDRESS: 3575 STEWART AV
CITY: CORAL GABLES  STATE: FL  ZIP: 33156
TELEPHONE: 
CAPT. OR AGENT: 
MISC.: 
CUST. #: 03328

| ITEM | DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|---|
| 9 | LAY DAYS OCT NOV DEC 2016 3.00 PER FOOT PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER FOOT PER DAY WHEN NO WORK IS DONE ) | 16,008.00Q |
| 10 | LAY DAYS JAN 1 2017 THRU JAN 31 2017 TOTAL OF 31 DAYS AT 3.00 PER FOOT PER DAY 5390.00 | 5,394.00Q |

```
                        SUB TOTAL           63,616.73
                        Total Other Chgs:        0.00
                        Environ. & Liab.:    1,908.50
                        Sales Tax     :      4,586.69
                                           ----------
                                            70,111.92
                                           ==========
```

Yard fees will be based on one dollar per foot per day. Electrical will be charged at $5.00 per day with AC $15.00 per day.

END OF INVOICE