# GLASSTECH
# GT
## CORPORATION

INVOICE Of 08/17/17

| BOAT NAME | | L.O.A | DATE BEAM | DRAFT | OFFICIAL |
|---|---|---|---|---|---|
| SABABBA | 514034 | 58' | PAGE 1 | | |

| OWNER'S NAME | | | TELEPHONE | CAPT. OR AGENT |
|---|---|---|---|---|
| NOREEN SABLOTSKY | | | MISC. | CUST. # |
| ADDRESS 3575 STEWART AV | | | | |
| CITY | STATE | ZIP | | |

| ITEM | DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|---|
| | CORAL GABLES      FL      33156 | 03328 |
| 1 | EMERGENCY HAUL OUT ON SUNDAY MAY 1 2016 | 2,500.00Q |
| 2 | REPLACE ALL BATTERIES<br>                          Parts    896.23<br>         6.00 Hrs Labor    682.50 | 1,578.73 |
| 3 | PUMP OUT BOAT ON SUNDAY MAY 1 2016 | 1,500.00Q |
| 4 | WASH BOAT ENGINE ROOM OUT CLEAN AND DEGREASE   AS NEEDED | 800.00Q |
| 5 | DRAIN OUT THE WATER IN THE ENGINES AND GEARS   ALSO CHANGE OIL TWICE, AND GET ENGINES STARTED | 3,500.00Q |
| 6 | LAY DAYS APRIL 29 THRU JULY 31 3.00 PER FOOT   PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER   FOOT PER DAY WHEN NO WORK IS DONE ) | 16,356.00Q |
| 7 | HURRICANE MATTHEW STORAGES | 5,000.00Q |
| 8 | LAY DAYS AUG 1 THRU SEPT 30 3.00 PER FOOT   PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER   FOOT PER DAY WHEN NO WORK IS DONE ) 10,980.00 | 10,980.00Q |

# GLASSTECH
# GT
## CORPORATION

| BOAT NAME | | | L.O.A | DATE BEAM | DRAFT 08/17/17 OFFICIAL |
|---|---|---|---|---|---|
| | | | | PAGE 2 | |

| OWNER'S NAME | | | TELEPHONE | CAPT. OR AGENT |
|---|---|---|---|---|
| ADDRESS SABABBA 514034 | | 58' | | |
| | NOREEN SABLOTSKY | | MISC. | CUST. # |
| CITY | STATE ZIP 3575 STEWART AV | | | |

| ITEM | DESCRIPTION OF WORK PERFORMED | AMOUNT |
|---|---|---|
| | CORAL GABLES    FL    33156 | 03328 |
| 9 | LAY DAYS OCT NOV DEC 2016 3.00 PER FOOT  PER DAY ( NOTE LAY DAYS ARE BILLED AT 3.00 PER  FOOT PER DAY WHEN NO WORK IS DONE ) | 16,008.00Q |
| 10 | LAY DAYS JAN 1 2017 THRU APRIL 30 2017 TOTAL  OF 120 DAYS AT 3.00 PER FOOT PER DAY | 20,880.00Q |
| 11 | LAY DAYS MAY 1 THRU AUG 17 TOTAL OF 109 DAYS  BASED ON 3.00 PER FOOT PER DAY | 18,966.00Q |

```
                        SUB TOTAL           98,068.73
                        Total Other Chgs:        0.00
                        Environ. & Liab.:    2,942.06
                        Sales Tax      :     7,070.59
                                           ----------
                                           108,081.38
                                           ==========
```

Yard fees will be based on one dollar per foot per day. Electrical will be charged at $5.00 per day with AC $15.00 per day.

END OF INVOICE