UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN ADMIRALTY

| | |
|---|---|
| KOL B'SEDER, INC., | CASE NO.: 16-cv-22237-MGC |
| *Plaintiff*, | |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO CERTIFICATE NO. 154766 UNDER CONTRACT NO. B0621MASRSWV15BND, and GLASS-TECH CORP., | |
| *Defendants*. | |
| _____/ | |

### NOTICE OF APPEAL

**NOTICE** is hereby given that Kol B'Seder, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order on Motion for Reconsideration [DE 131] entered in this action on the 28th day of March, 2018, the Final Judgment [DE 123] entered in this action on the 4th day of January, 2018, and the Omnibus Order on Motions for Summary Judgment [DE 100] entered in this action on the 30th day of May, 2017.

Dated this 9th day of April, 2018.   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Domingo C. Rodriguez
　　　　　　　　　　　　　　　　　　　Domingo C. Rodriguez, Esq. (FBN 394645)
　　　　　　　　　　　　　　　　　　　domingo@rlomiami.com
　　　　　　　　　　　　　　　　　　　**RODRIGUEZ LAW OFFICE, LLC**
　　　　　　　　　　　　　　　　　　　2121 Ponce de Leon Blvd., Suite 430
　　　　　　　　　　　　　　　　　　　Miami, Florida 33134
　　　　　　　　　　　　　　　　　　　Tel: (305)774-1477 ~ Fax: (305)774-1075

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF Notice of Electronic Filing on this 9th day of April, 2018, on all counsel or parties of record on the Service List below.

 /s/ Domingo C. Rodriguez  
Domingo C. Rodriguez, Esq.

### SERVICE LIST

Neil Bayer, Esq.  
neil.bayer@kennedyslaw.com  
KENNEDYS AMERICAS LP  
1395 Brickell Ave., Suite 610  
Miami, FL 33131  
Tel: (305) 371-1111  
*Counsel for Underwriters*

Scott A. Wagner, Esq.  
swagner@moore-and-co.com  
MOORE & COMPANY, PA  
355 Alhambra Circle, Suite 1100  
Coral Gables, FL 33134  
Tel: (786) 221-0600  
Fax: (786) 221-0601  
*Counsel for Glass-Tech*